[Cite as *Black v. Unknown*, 2011-Ohio-1955.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ANTIONNE BLACK

      Plaintiff

      v.

Case No. 2010-11161-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL
UNKNOWN

{¶ 1} On November 17, 2010, this court issued a pre-screening entry dismissing Antionne Black as defendant and ordering plaintiff to file an amended complaint naming a state department, board, office, commission, agency, institution, or other state instrumentality as defendant on or before December 16, 2010, or face dismissal of his case. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Antionne Black
231 Haldy Avenue
Columbus, Ohio 43204

DRB/laa
Filed 1/28/11
Sent to S.C. reporter 4/15/11